UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONEL CRUZ ROCHE, <br><br> Plaintiff, <br><br> v. <br><br> DONALD R HOLBROOK, <br><br> Defendant. | CASE NO. C19-1061-JCC-BAT <br><br> **ORDER ON SUPPLEMENT TO PETITION** |

Petitioner, proceeding pro se, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. Dkt. 7. By order dated August 13, 2019, the Court directed service of the petition on the respondent. Dkt. 8. The Court notes that on September 4, 2019, the petitioner filed a supplement to his petition. Dkt. 11. The respondent is advised that if he requires additional time to respond to the petition and the supplement, he should notify the Court and indicate how much additional time is necessary.

DATED this 17th day of September, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER ON SUPPLEMENT TO PETITION - 1