UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONEL CRUZ ROCHE, | CASE NO. C19-1061-JCC |
| Petitioner, | ORDER |
| v. | |
| DONALD R. HOLBROOK, | |
| Respondent. | |

This matter comes before the Court on the report and recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 15). Having thoroughly considered the report and recommendation and the relevant record, the Court hereby FINDS and ORDERS that:

1. The report and recommendation (Dkt. No. 15) is ADOPTED and APPROVED;
2. Petitioner's 28 U.S.C. § 2254 habeas petition (Dkt. No. 7) is DISMISSED with prejudice;
3. Petitioner is DENIED issuance of a certificate of appealability; and
4. The Clerk is DIRECTED to send a copy of this order to the parties and to Judge Tsuchida.

//

//

//

1  DATED this 3rd day of December 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-1061-JCC
PAGE - 2